UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Aracelly Vega          JOINT DEBTOR: _____          CASE NO.: 14-24564-BKC
Last Four Digits of SS# 8089          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,861.67 for months __1__ to __36__; in order to pay the following creditors:

<u>Administrative:</u> Attorney's Fee - $ 3,500.00          TOTAL PAID $ 2,000.00
                    Balance Due    $ 1,500.00          payable $ 300.00 /month (Months 1 to 5)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. BSI Financial Services          Arrearage on Petition Date $ 9,516.00
Address: POB 517                   Arrears Payment    $ 306.97   /month (Months 6 to 36)
         Titusville, PA 16354     Regular Payment    $ 1,365.83 /month (Months 1 to 36)
Account No: 315477193

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| N/A | $ | % | $ | ____ To ____ | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]: N/A

<u>Unsecured Creditors:</u> Pay $ 23.56 /month (Months 1 to 5) & 16.59 /month (Months 6 to 36). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /S Aracelly Vega
Debtor                                              Joint Debtor
Date: 6/26/2014                                     Date: _____

LF-31 (rev. 01/08/10)