# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ 1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Aracelly Vega        JOINT DEBTOR:_____        CASE NO.: 14-24564-LMI
Last Four Digits of SS# 8089     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $ 1,861.67  for months   1   to   2  ;
   B.   $ 1,878.00  for months   3   to   36  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00        TOTAL PAID $ 2,000.00
                Balance Due  $ 1,500.00    payable $ 300.00 /month (Months   1   to   4  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1  BSI Financial Services            Arrearage on Petition Date  $ 9,516.00
Address: POB 517 Titusville, PA 16354     Arrears Payment    $ 306.97   /month (Months   6   to   36  )
                                          Regular Payment    $ 1,365.83 /month (Months   1   to   36  )
Account No: 315477193

Unsecured Creditors: Pay $ 9.67 /month (Months  1  to  2  ); Pay $ 24.37 /month (Months  3  to  5  );
$17.40/ month (Months 6 to 36)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The debtor is current in her payments for 2010 Dodge Caravan to Regional Credit Corporation and shall continue making payments directly and outside the Chapter 13 Plan.


I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /S/ Aracelly Vega
Debtor                                    Joint Debtor
Date: 8/14/2014                           Date:_____

LF-31 (rev. 01/08/10)