**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ 3rd _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Aracelly Vega        JOINT DEBTOR: _____        CASE NO.: 14-24564-LMI
Last Four Digits of SS# 8089        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ 1,861.67 for months  1  to  2 ;
  B.   $ 1,878.00 for months  3  to  36 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00        TOTAL PAID $ 2,000.00
                Balance Due   $ 1,500.00   payable $ 300.00 /month (Months  1  to  5  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1 BSI Financial Services            Arrearage on Petition Date  $ 9,516.00
Address: POB 517 Titusville, PA 16354     Arrears Payment   $ 306.97   /month (Months  6  to  36  )
                                          Regular Payment   $ 1,365.83 /month (Months  1  to  36  )
Account No: 315477193

Unsecured Creditors: Pay $ 9.67 /month (Months  1  to  2  ); Pay $ 24.37 /month (Months  3  to  5  );
$17.40/ month (Months 6 to 36)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The debtor is current in her payments for 2010 Dodge Caravan to Regional Credit Corporation and shall continue making payments directly and outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/S/ Aracelly Vega                                    _____
Debtor                                               Joint Debtor
Date: 9/30/2014                                      Date: _____

LF-31 (rev. 01/08/10)