UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:

ARACELLY DEL SOCORRO VEGA,           Case No. 14-24564-LMI
                                                                 Chapter 13

Debtor,

_____/

## CREDITOR ALS III, LLC'S MOTION
## TO DEEM LATE FILED PROOF OF CLAIM AS TIMELY FILED

**COMES NOW,** Secured Creditor, ALS III, LLC, (herein after referred to as "Secured Creditor"), by and through its undersigned counsel, and hereby files this Motion to Deem Late Filed Proof of Claim as Timely Filed pursuant to Fed. R. Bank. Pro. 3002(c), and as grounds thereof state the following:

1. On or about June 26, 2014, the Debtor filed a voluntary petition under Chapter 13 for Bankruptcy relief. (DE #1).

2. The claims dur date was on November 13, 2015.

3. The Debtor's Chapter 13 plan was confirmed by Order dated November 7, 2014.

4. On July 6, 2017, Secured Creditor filed its proof of claim in the amount of $128,849.65 as claim number 3.

5. This proof of claim appears to have "fallen through the cracks" between the previous law firm that was handling this matter and the previous or current servicer.

6. This issue recently came to the attention of the Secured Creditor when the Office of the Chapter 13 Trustee notified the servicer that it was holding funds for distribution to the Secured Creditor, but that a Proof of Claim needed to be filed in order to make the distribution.

7. In the name of equity, Secured Creditor respectfully requests that this Honorable Court deem Secured Creditor's claim as timely filed.

**WHEREFORE,** Secured Creditor respectfully requests that the court enter an Order deeming the late filed Proof of Claim as allowed and deemed timely filed and for any other relief the Court deems just and proper.

Dated this 6th day of July, 2017

        **I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

        **Daniel Y. Gielchinsky, P.A.**
        1135 Kane Concourse, Third Floor
        Bay Harbor Islands, Florida 33154
        Telephone: (305) 763-8708

        By:   /s/ Daniel Y. Gielchinsky
              Daniel Y. Gielchinsky, Esq.
              Florida Bar No. 97646
              dan@dyglaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 6th day of July, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

        /s/ Daniel Y. Gielchinsky
        Daniel Y. Gielchinsky

**Service via E-Mail**
Richard J. Adams
Counsel for Debtor
radamsbkc@bellsouth.net

Nancy K. Neidich
Chapter 13 Trustee
e2c8f01@ch13herkert.com

2