

**ORDERED in the Southern District of Florida on August 31, 2017.**

                                               _____
                                               **Laurel M. Isicoff
                                               Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:

ARACELLY DEL SOCORRO VEGA,                    Case No. 14-24564-LMI
                                                                                  Chapter 13
Debtor,
_____/

### ORDER DENYING CREDITOR ALS III, LLC'S MOTION TO DEEM LATE FILED PROOF OF CLAIM AS TIMELY FILED

This cause came before the Court on the Motion by Secured Creditor ALS III, LLC to Deem Late Filed Proof of Claim as Timely Filed (the "Motion") (D.E.# 42), and the Court having reviewed the Motion and heard the arguments of counsel, does hereby Order and adjudge as follows:

1.  That the Motion be and the same is hereby DENIED for the reasons stated on the record of the motion;

*Case No. 14-24564-LMI*
*Page 2 of 2*

    2.    ALS III's LLC mortgage remains a lien on title of the subject property.

**Submitted by:**
Daniel Y. Gielchinsky, Esq.
1135 Kane Concourse, Third Floor
Bay Harbor Islands, Florida 33154

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).